**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DUNN SOUTHEAST, INC., | § | |
| d/b/a R.J. Griffin & Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:08-CV-488 |
| | § | |
| CONTINENTAL WESTERN | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate

Judge, for pretrial proceedings pursuant to Order of Reference entered on August 15, 2008. The

court has received and considered the report of the United States magistrate judge, who

recommends that the court enter final judgment pursuant to the parties' agreed stipulation of

dismissal.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having

been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 8th day of October, 2009.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE